VAN–090 Order and Notice to File Claims – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Cardinal Moving & Storage, Inc.
 ( debtor has no known aliases )
2201 Interstate North Drive
Charlotte, NC 28206

TaxID: 56–0944346

CASE NO.: 08–08989–8–ATS

DATE FILED: December 12, 2008

CHAPTER: 7

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before **March 23, 2009** . Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

The proof of claim form is attached to this notice. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim.

***Any creditor who has filed a proof of claim already need not file another proof of claim.***

DATED: December 19, 2008

Peggy B. Deans
Clerk of Court