**SO ORDERED.**

**SIGNED this 15 day of October, 2009.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO.: 08-08989-8-ATS |
| CARDINAL MOVING & STORAGE, INC. | CHAPTER 7 |
| DEBTOR | |

### ORDER ON MOTION TO ABANDON PROPERTY

THIS MATTER came before the Court upon the Motion of the Trustee to abandon an old truck, two old forklifts, and miscellaneous furniture and office equipment located in the former Columbia, South Carolina, office of the Debtor. The cost of conducting a sale or moving the equipment would likely exceed the value of the items. The Trustee therefore seeks to abandon the property as being burdensome to the bankruptcy estate pursuant to 11 U.S.C. §554(a). The Court has reviewed the matter and determined that for good cause shown, the Motion should be allowed.

It is therefore ORDERED AND DECREED that the items located at the former Columbia, South Carolina, office of the Debtor shall be and hereby are deemed abandoned pursuant to 11 U.S.C. §554(a).

End of Document