**VAN–124** Order Continuing Hearing – Rev. 09/15/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Cardinal Moving & Storage, Inc.
 ( debtor has no known aliases )
2201 Interstate North Drive
Charlotte, NC 28206

TaxID: 56–0944346

CASE NO.: 08–08989–8–JRL

DATE FILED: December 12, 2008

CHAPTER: 7

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:   Thursday, November 19, 2009
TIME:   11:30 AM
PLACE:  300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

Objection To Claim Number 50 of Zurich American Insurance Filed by Joseph N. Callaway on behalf of Joseph N Callaway.

DATED: October 26, 2009

J. Rich Leonard
United States Bankruptcy Judge