FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 08-08989-8-ATS | Judge: A. THOMAS SMALL | | Trustee Name: | Joseph N. Callaway |
|---|---|---|---|---|---|
| Case Name: | CARDINAL MOVING & STORAGE, INC. | | | Date Filed (f) or Converted (c): | 12/12/08 (f) |
| | | | | 341(a) Meeting Date: | 01/12/09 |
| For Period Ending: | 12/31/09 | | | Claims Bar Date: | 03/23/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BB&T (AMOUNT IS APPROXIMATE) | 20,000.00 | Unknown | | 34,699.69 | Unknown |
| 2. WACHOVIA | 459.00 | Unknown | | 517.30 | Unknown |
| 3. A/R - SUNDRY CURRENT ACCOUNTS | 30,000.00 | Unknown | | 65,905.58 | Unknown |
| 4. OLD ACCOUNTS - PROBABLY NOT COLLECTABLE | 100,000.00 | Unknown | | 0.00 | Unknown |
| 5. HOME DIRECT CLAIM RESERVES | 60,000.00 | Unknown | | 0.00 | Unknown |
| 6. NAVL RESERVES | 30,000.00 | Unknown | | 0.00 | Unknown |
| 7. INSURANCE RETURN PREMIUIM (VEHICLES) (MAYBE AN ADD | 18,000.00 | Unknown | | 175.00 | Unknown |
| 8. TRAILER - CHARLOTTE | 4,000.00 | Unknown | | 0.00 | Unknown |
| 9. 1985 INTERNATIONAL 1954 | 500.00 | Unknown | | 0.00 | Unknown |
| 10. 1992 INTERNATIONAL 4700 | 500.00 | Unknown | | 0.00 | Unknown |
| 11. 1988 CHEVROLET STEPVAN | 500.00 | Unknown | | 0.00 | Unknown |
| 12. 1987 FREIGHTLINER | 1,500.00 | Unknown | | 0.00 | Unknown |
| 13. OFFICE FUNITURE - CHARLOTTE | 3,800.00 | Unknown | | 0.00 | Unknown |
| 14. STORAGE VAULTS - COLUMBIA | 4,000.00 | Unknown | | 0.00 | Unknown |
| 15. IT EQUIPMENT | 1,000.00 | Unknown | | 0.00 | Unknown |
| 16. ODD LOTS (LIQUIDATION PROPERTY FOR SETTLES CLAIMS | 5,000.00 | Unknown | | 0.00 | Unknown |
| 17. 2 FORKLIFTS - COLUMBIA | 5,000.00 | Unknown | | 0.00 | Unknown |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 208.74 | Unknown |
| 19. Refunds<br>Refund from Turned in License Plates | 0.00 | 0.00 | | 81,597.83 | 0.00 |
| 20. RENT AND SECURITY DEPOSIT<br>ATTACHED TO THE CHECK WERE FOUR CERTIFICATES OF<br>TITLE AND A LIST OF THE FOLLOWING:<br>1985 INTERNATIONAL; 1992 INTERNATIONAL; 1988 CHEV<br>STEPVAN; 1987 FREIGHTLINER | 0.00 | 0.00 | | 2,500.00 | 0.00 |
| 21. WEST VIRGINIA TAX REFUND (u) | 0.00 | 78.75 | | 78.75 | 0.00 |

LFORM1  Ver: 15.06

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 08-08989-8-ATS   Judge: A. THOMAS SMALL | Trustee Name: | Joseph N. Callaway |
|---|---|---|---|
| Case Name: | CARDINAL MOVING & STORAGE, INC. | Date Filed (f) or Converted (c): | 12/12/08 (f) |
| | | 341(a) Meeting Date: | 01/12/09 |
| | | Claims Bar Date: | 03/23/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $284,259.00 | $78.75 | | $185,682.89 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12-31-09:  Asset collection completed except for insurance refund; claims review has begun

Initial Projected Date of Final Report (TFR): 12/31/10        Current Projected Date of Final Report (TFR): 12/31/10

LFORM1

Ver: 15.06

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-08989-8-ATS | Trustee Name: | Joseph N. Callaway |
|---|---|---|---|
| Case Name: | CARDINAL MOVING & STORAGE, INC. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5752  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4346 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/23/09 | | Transfer from Acct #*******5365 | Bank Funds Transfer | 9999-000 | 71,030.48 | | 71,030.48 |
| 02/24/09 | 1 | BRANCH BANKING & TRUST COMPANY<br>P. O. BOX 1727<br>WILMINGTON, NC  28402-1727 | CLOSE BB&T BANK ACCOUNT | | 2,565.33 | | 73,595.81 |
| 02/24/09 | 19 | ELLIS, LAWHORNE & SIMS, P.A.<br>P. O. BOX 2285<br>COLUMBIA, SC  29202 | REFUND OF OVERPAYMENT | | 206.00 | | 73,801.81 |
| 02/24/09 | 3 | HOMEDIRECT USA<br>330 SOUTH MANNHEIM ROAD<br>HILLSIDE, IL  60162 | ACCOUNTS RECEIVABLE CK#089073 | | 14,307.83 | | 88,109.64 |
| 02/27/09 | 18 | Union Bank of California | Interest Rate  0.250 | 1270-000 | 2.55 | | 88,112.19 |
| 03/02/09 | | Transfer to Acct #*******5760 | Bank Funds Transfer | 9999-000 | | 127.00 | 87,985.19 |
| 03/05/09 | | Transfer to Acct #*******5760 | Bank Funds Transfer | 9999-000 | | 520.00 | 87,465.19 |
| 03/10/09 | 3 | DIRECT BILL SREVICE, INC.<br>A.I. CREDIT CORP.<br>MELLON BANK<br>PITTSBURGH, PA | ACCOUNTS RECEIVABLE CK# 10065382 | | 6,438.88 | | 93,904.07 |
| 03/10/09 | 20 | THE WATER HEATER EXPERTS<br>243 TRAIL RIDGE ROAD<br>RUTHERFORDTON, NC  28139 | RENT AND SECURITY DEPOSIT | | 2,500.00 | | 96,404.07 |
| 03/16/09 | 3 | CHROMALOX, INC.<br>103 GAMMA DRIVE EXT<br>PITTSBURGH, PA  15238 | ACCOUNTS RECEIVABLE CK# 20092970 | | 508.64 | | 96,912.71 |
| 03/19/09 | | Transfer from Acct #*******5760 | Typo when transferring back to MMA | 9999-000 | 4.83 | | 96,917.54 |
| 03/19/09 | | Transfer from Acct #*******5760 | Transfer to correct previous error. | 9999-000 | 43.00 | | 96,960.54 |
| 03/19/09 | | Transfer to Acct #*******5760 | Bank Funds Transfer | 9999-000 | | 47.83 | 96,912.71 |
| 03/19/09 | | Transfer to Acct #*******5760 | Transferred a second time in error. | 9999-000 | | 47.83 | 96,864.88 |
| 03/19/09 | | Transfer to Acct #*******5760 | Bank Funds Transfer | 9999-000 | | 1,400.00 | 95,464.88 |

Page Subtotals    97,607.54    2,142.66

Ver: 15.06

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-08989-8-ATS | Trustee Name: | Joseph N. Callaway |
|---|---|---|---|
| Case Name: | CARDINAL MOVING & STORAGE, INC. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5752  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4346 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | $  0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/09 | 18 | Union Bank of California | Interest Rate  0.250 | 1270-000 | 20.32 | | 95,485.20 |
| 04/07/09 | | Transfer to Acct #*******5760 | Bank Funds Transfer | 9999-000 | | 5,000.00 | 90,485.20 |
| 04/30/09 | 18 | Union Bank of California | Interest Rate  0.250 | 1270-000 | 18.82 | | 90,504.02 |
| 05/07/09 | | Transfer to Acct #*******5760 | Bank Funds Transfer | 9999-000 | | 5,000.00 | 85,504.02 |
| 05/29/09 | 18 | Union Bank of California | Interest Rate  0.250 | 1270-000 | 17.20 | | 85,521.22 |
| 06/03/09 | 21 | WEST VIRGINIA PARKWAYS ECONOMIC DEVELOPMENT AND TOURISM AUTHORITY POST OFFICE BOX 1469 CHARLESTON, WV  25325 | TAX REFUND | | 78.75 | | 85,599.97 |
| 06/30/09 | 18 | Union Bank of California | Interest Rate  0.250 | 1270-000 | 18.74 | | 85,618.71 |
| 07/31/09 | 18 | Union Bank of California | Interest Rate  0.250 | 1270-000 | 18.17 | | 85,636.88 |
| 08/12/09 | 3 | SPECIALIZED TRANSPORTATION, INC. 5001 U.S. HIGHWAY 30 WEST FORT WAYNE, IN  46818 | ACCOUNTS RECEIVABLE CK# 0000026058 | 1121-000 | 7,410.49 | | 93,047.37 |
| 08/12/09 | 3 | HOMEDIRECT USA 330 SOUTH MANNHEIM ROAD HILLSIDE, IL  60162 | ACCOUNTS RECEIVABLE CK# 108713 | 1121-000 | 53.84 | | 93,101.21 |
| 08/31/09 | 18 | Union Bank | Interest Rate  0.250 | 1270-000 | 19.08 | | 93,120.29 |
| 09/30/09 | 18 | Union Bank | Interest Rate  0.250 | 1270-000 | 19.11 | | 93,139.40 |
| 10/30/09 | 18 | Union Bank | Interest Rate  0.250 | 1270-000 | 19.11 | | 93,158.51 |
| 11/09/09 | | Transfer to Acct #*******5760 | Bank Funds Transfer | 9999-000 | | 134.71 | 93,023.80 |
| 11/30/09 | 18 | Union Bank | Interest Rate  0.250 | 1270-000 | 19.76 | | 93,043.56 |
| 12/01/09 | 19 | PREMIUM TRUST ACCOUNT P. O. BOX 5990 NAPA, CA  94581 | RETURN PREMIUMS | 2990-000 | 78,426.99 | | 171,470.55 |
| 12/31/09 | 18 | Union Bank | Interest Rate  0.250 | 1270-000 | 34.78 | | 171,505.33 |

Page Subtotals     86,175.16     10,134.71

Ver: 15.06

LFORM24

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-08989-8-ATS |
| Case Name: | CARDINAL MOVING & STORAGE, INC. |
| Taxpayer ID No: | *******4346 |
| For Period Ending: | 12/31/09 |

| | |
|---|---|
| Trustee Name: | Joseph N. Callaway |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5752  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 183,782.70 | 12,277.37 | 171,505.33 |
| | | | Less:  Bank Transfers/CD's | | 71,078.31 | 12,277.37 | |
| | | | Subtotal | | 112,704.39 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 112,704.39 | 0.00 | |

Page Subtotals              0.00              0.00

Ver: 15.06

LFORM24

FORM 2

Page: 4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-08989-8-ATS | | Trustee Name: | Joseph N. Callaway |
|---|---|---|---|---|
| Case Name: | CARDINAL MOVING & STORAGE, INC. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******5760  Checking - Non Interest |
| Taxpayer ID No: | *******4346 | | | |
| For Period Ending: | 12/31/09 | | Blanket Bond (per case limit): | $    0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/02/09 | | Transfer from Acct #*******5752 | Bank Funds Transfer | 9999-000 | 127.00 | | 127.00 |
| 03/02/09 | 001001 | DeHAVEN'S TRANSFER & STORAGE OF CHARLOTTE, INC.<br>2213 Distribution Center Drive, Ste L<br>Charlotte, NC  28269 | January 15, 2009 - check from<br>Janet A. Ekstrom<br>9032 St Pierre Lane<br>Charlotte, NC  28277<br>BOA DEPOSIT NUMBER 16 IN THE AMOUNT OF $127.00 WAS MONEY RECEIVED FROM JANET EKSTROM BUT DOES NOT BELONG TO CARDINAL.  CHECK WAS ISSUED AND FORWARDED TO DEHAVEN'S TRANSFER AND STORAGE OF CHARLOTTE, INC. ON MARCH 2, 2009.  THESE FUNDS ARE NOT INCLUDED IN COMPENSABLE FUNDS FOR THE TRUSTEE. | | | 127.00 | 0.00 |
| 03/05/09 | | Transfer from Acct #*******5752 | Bank Funds Transfer | 9999-000 | 520.00 | | 520.00 |
| 03/05/09 | 001002 | SUDDATH RELOCATION SYSTEMS<br>815 S MAIN STREET SUITE 173<br>JACKSONVILLE, FL  32207 | INVOICE # 9U404L<br>FLAT RATE FOR DELIVERY OF COMPUTER, AND BOOKS AND RECORDS FROM CHARLOTTE<br>TO ROCKY MOUNT, NC | | | 520.00 | 0.00 |
| 03/19/09 | | Transfer from Acct #*******5752 | Bank Funds Transfer | 9999-000 | 47.83 | | 47.83 |
| 03/19/09 | | Transfer from Acct #*******5752 | Transferred a second time in error. | 9999-000 | 47.83 | | 95.66 |
| 03/19/09 | | Transfer from Acct #*******5752 | Bank Funds Transfer | 9999-000 | 1,400.00 | | 1,495.66 |
| 03/19/09 | 001003 | STEPHEN PATNEAUDE<br>670 WILDWOOD ROAD<br>ROCK HILL, SC  29730 | ORDER ENTERED MARCH 18, 2009 | 2990-000 | | 1,400.00 | 95.66 |
| 03/19/09 | 001004 | MID-ATLANTIC MOVING & STORAGE, INC.<br>4125 A SOUTH WESTPARK DRIVE<br>ATLANTA, GA  30336 | INVOICE NUMBER CMS1<br>FED EX CHARGES | | | 47.83 | 47.83 |
| 03/19/09 | | Transfer to Acct #*******5752 | Typo when transferring back to MMA | 9999-000 | | 4.83 | 43.00 |

| | Page Subtotals | 2,142.66 | 2,099.66 |
|---|---|---|---|

Ver: 15.06

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 08-08989-8-ATS | | Trustee Name: | Joseph N. Callaway |
|---|---|---|---|---|
| Case Name: | CARDINAL MOVING & STORAGE, INC. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******5760  Checking - Non Interest |
| Taxpayer ID No: | *******4346 | | | |
| For Period Ending: | 12/31/09 | | Blanket Bond (per case limit): | $   0.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/19/09 | | Transfer to Acct #*******5752 | Transfer to correct previous error. | 9999-000 | | 43.00 | 0.00 |
| 04/07/09 | | Transfer from Acct #*******5752 | Bank Funds Transfer | 9999-000 | 5,000.00 | | 5,000.00 |
| 04/07/09 | 001005 | PROLOGIS<br>ATTN: LEIGH THOMAS AND/OR MANAGING AGENT<br>2217-C DISTRIBUTION CENTER DRIVE<br>CHARLOTTE, NC  28269 | ORDER ENTERED MARCH 27, 2009<br>CHAPTER 7 ADM CLAIM<br>PROLOGIS IS NOT ALLOWED TO HAVE<br>FURTHER ADM CLAIM IN THIS CASE BUT IS<br>PERMITTED TO FILE A GENERAL,<br>NON-PRIORITY, UNSECURED CLAIM FOR<br>BREACH OF LEASE AND RENT SUBJECT TO<br>REVIEW AND OBJECTIONS BY TRUSTEE. | 2990-000 | | 5,000.00 | 0.00 |
| 05/07/09 | | Transfer from Acct #*******5752 | Bank Funds Transfer | 9999-000 | 5,000.00 | | 5,000.00 |
| 05/07/09 | 001006 | BDW PARTNERS<br>C/O CHARLES L. DIBBLE<br>DIBBLE LAW OFFICES<br>P. O. DRAWER 1240<br>COLUMBIA, SC  29202-1240 | ORDER ENTERED 5/5/09<br>ADMINISTRATIVE RENT CLAIM<br>BDW SHALL NOT HAVE ANY FURTHER<br>ADMINISTRATIVE CLAIM BUT PERMITTED TO<br>FILE UNSECURED CLAIM SUBJECT TO<br>TRUSTEE'S REVIEW AND POSSIBLE<br>OBJECTION. | 2410-000 | | 5,000.00 | 0.00 |
| 11/09/09 | | Transfer from Acct #*******5752 | Bank Funds Transfer | 9999-000 | 134.71 | | 134.71 |
| 11/09/09 | 001007 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street, Suite 420<br>New Orleans, LA  70139 | CHAPTER 7 BLANKET BOND<br>TERM: 10-1-09 - 10-1-10 | 2300-000 | | 134.71 | 0.00 |

Page Subtotals    10,134.71    10,177.71

Ver: 15.06

LFORM24

**FORM 2**

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |     | | |
|---|---|---|---|---|
| Case No: | 08-08989-8-ATS | | Trustee Name: | Joseph N. Callaway |
| Case Name: | CARDINAL MOVING & STORAGE, INC. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******5760  Checking - Non Interest |
| Taxpayer ID No: | *******4346 | | | |
| For Period Ending: | 12/31/09 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,277.37 | 12,277.37 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 12,277.37 | 47.83 | |
| | | | Subtotal | | 0.00 | 12,229.54 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 12,229.54 | |

Page Subtotals         0.00         0.00

Ver: 15.06

LFORM24

FORM 2

Page: 7

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-08989-8-ATS | Trustee Name: | Joseph N. Callaway |
|---|---|---|---|
| Case Name: | CARDINAL MOVING & STORAGE, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5365  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4346 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | $   0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| * 12/18/08 | | BRANCH BANKING & TRUST COMPANY<br>Attn:  Mr. Jack R. Hayes<br>P. O. Box 1847<br>Wilson, NC  27804-1847 | CLOSING BANK ACCOUNT | | 32,136.36 | | 32,136.36 |
| * 12/18/08 | | BRANCH BANKING & TRUST COMPANY<br>Attn:  Mr. Jack R. Hayes<br>P. O. Box 1847<br>Wilson, NC  27804-1847 | CORRECTION TO AMOUNT | | -32,136.36 | | 0.00 |
| 12/18/08 | 1 | BRANCH BANKING & TRUST COMPANY<br>Attn:  Mr. Jack R. Hayes<br>P. O. Box 1847<br>Wilson, NC  27804-1847 | CLOSE BANK ACCOUNT | | 32,134.36 | | 32,134.36 |
| 12/22/08 | 2 | WACHOVIA BANK | CLOSE BANK ACCOUNT | | 517.30 | | 32,651.66 |
| 12/31/08 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 32,651.73 |
| 01/02/09 | 19 | NC DEPARTMENT OF MOTOR VEHICLES<br>P.O. BOX 29615<br>RALEIGH, NC  27626--0615 | License Tag Refunds | | 624.72 | | 33,276.45 |
| 01/02/09 | 19 | Joseph Adams Jr.<br>2010 W Broad Ave. Apt 118<br>Albany, GA  31707 | Refund - Miscellaneous | | 65.00 | | 33,341.45 |
| 01/02/09 | 3 | Beltmann Group Inc<br>Agent for N. American Van Lines<br>2480 Long Lake Road<br>Roseville, MN  55113 | ACCOUNTS RECEIVABLE CK# 268982 | | 150.00 | | 33,491.45 |
| 01/02/09 | 3 | Champion<br>One Champion Way<br>Canonsburg, PA  15137 | ACCOUNTS RECEIVABLE CK# 78854 | | 698.40 | | 34,189.85 |
| 01/02/09 | 3 | Specialized Transportation, Inc.<br>5001 U.S. Highway 30 West | ACCOUNTS RECEIVABLE CK#0000013281 | | 682.28 | | 34,872.13 |

Page Subtotals     34,872.13     0.00

LFORM24

Ver: 15.06

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

| Case No: | 08-08989-8-ATS | | Trustee Name: | Joseph N. Callaway |
| --- | --- | --- | --- | --- |
| Case Name: | CARDINAL MOVING & STORAGE, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5365  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4346 | | | |
| For Period Ending: | 12/31/09 | | Blanket Bond (per case limit): | $   0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/02/09 | 3 | Palmer Moving & Storage<br>24660 Dequindre<br>Warren, MI  48091-3332<br>Fort Wayne, IN  46818 | ACCOUNTS RECEIVABLE CK# | 54.00 | | 34,926.13 |
| 01/02/09 | 3 | LEXINGTON MEDICAL CENTER<br>2720 SUNSET BLVD<br>WEST COLUMBIA, SC  29169 | ACCOUNTS RECEIVABLE CK#347831 | 665.80 | | 35,591.93 |
| 01/02/09 | 3 | ALEX MOVING & STORAGE<br>2610 S. BIRCH STREET<br>SANTA ANA, CA  92704 | ACCOUNTS RECEIVABLE CK# | 315.04 | | 35,906.97 |
| 01/15/09 | 19 | NC DEPARTMENT OF TRANSPORTATION<br>DIVISION OF MOTOR VEHICLES<br>P.O. BOX 29615<br>RALEIGH, NC  27699-0615 | REGISTRATION REFUND | 178.60 | | 36,085.57 |
| 01/15/09 | 19 | NC DEPARTMENT OF MOTOR VEHICLES<br>P.O. BOX 29615<br>RALEIGH, NC  27626--0615 | REGISTRATION REFUND | 70.05 | | 36,155.62 |
| 01/15/09 | 19 | NC DEPARTMENT OF TRANSPORTATION<br>DIVISION OF MOTOR VEHICLES<br>P.O. BOX 29615<br>RALEIGH, NC  27699-0615 | REGISTRATION REFUND | 16.95 | | 36,172.57 |
| 01/15/09 | 19 | NC DEPARTMENT OF TRANSPORTATION<br>DIVISION OF MOTOR VEHICLES<br>P.O. BOX 29615<br>RALEIGH, NC  27699-0615 | REGISTRATION REFUND | 61.50 | | 36,234.07 |
| 01/15/09 | 3 | JANET A. EKSTROM<br>9032 ST PIERRE LANE<br>CHARLOTTE, NC  28277 | NOT CARDINAL'S MONEY - SEE NOTES<br>THIS IS NOT CARDINALS MONEY AND CHECK NUMBER ___ WAS ISSUED TO DEHAVEN'S TRANSFER AND STORAGE OF CHARLOTTE, INC. FOR $127.00.  ** THIS DEPOSIT IS NOT | 127.00 | | 36,361.07 |

Page Subtotals    1,488.94    0.00

LFORM24    Ver: 15.06

FORM 2

Page: 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-08989-8-ATS | Trustee Name: | Joseph N. Callaway |
|---|---|---|---|
| Case Name: | CARDINAL MOVING & STORAGE, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5365  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4346 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | $   0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | INCLUDED AS COMPENSABLE. | | | |
| 01/15/09 | 3 | DENISE M. WILLIS<br>44 RIVERWALK WAY BLDG 3<br>COHOES, NY  12047-3335 | ACCOUNTS RECEIVABLE CK# 0054793919 | 142.30 | | 36,503.37 |
| 01/15/09 | 3 | ERIK W. GOLDSTROM<br>MICHAEL M. GARLAND<br>7969 NORTON AVE APT 16<br>WEST HOLLYWOOD, CA  90046-5365 | ACCOUNTS RECEIVABLE CK# 2131 | 200.00 | | 36,703.37 |
| 01/15/09 | 3 | CLARK & REID COMPANY, INC.<br>ONE DUNHAM ROAD<br>BILLERICA, MA  01821-5728 | ACCOUNTS RECEIVABLE CK# 043869 | 300.00 | | 37,003.37 |
| 01/26/09 | 19 | COBRASERV NATIONAL SERVICE CENTER<br>3201 34TH STREET SOUTH<br>ST. PETERSBURG, FL  33711-3828 | PREMIUM DISTRIBUTION | 1,948.02 | | 38,951.39 |
| 01/26/09 | 3 | AIR VAN MOVING GROUP<br>1500 INDUSTRY ST, SUITE 300<br>EVERETT, WA  98203 | ACCOUNTS RECEIVABLE CK# 258410<br>INVOICE #MI45710 $464.00<br>INVOICE #MI58715 $1,889.75 | 2,353.75 | | 41,305.14 |
| 01/26/09 | 3 | HOMEDIRECT<br>330 SOUTH MANNHEIM ROAD<br>HILLSIDE, IL  60162 | ACCOUNTS RECEIVABLE CK# 085187 | 2,102.30 | | 43,407.44 |
| 01/26/09 | 3 | HOMEDIRECT USA<br>330 SOUTH MANNHEIM ROAD<br>HILLSIDE, IL  60162 | ACCOUNTS RECEIVABLE CK# 085236 | 11,109.44 | | 54,516.88 |
| 01/30/09 | 18 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000  0.33 | | 54,517.21 |
| 02/05/09 | | Transfer to Acct #*******5378 | Bank Funds Transfer | 9999-000 | 1,948.02 | 52,569.19 |
| 02/09/09 | 3 | HOMEDIRECT USA<br>330 SOUTH MANNHEIM ROAD<br>HILLSIDE, IL  60162 | ACCOUNTS RECEIVABLE CK#087095 | 15,775.88 | | 68,345.07 |
| 02/09/09 | 3 | HOMEDIRECT USA<br>330 SOUTH MANNHEIM ROAD | ACCOUNTS RECEIVABLE CK#086224 | 2,509.71 | | 70,854.78 |

Page Subtotals    36,441.73    1,948.02

LFORM24

Ver: 15.06

FORM 2

Page: 10

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-08989-8-ATS | Trustee Name: | Joseph N. Callaway |
|---|---|---|---|
| Case Name: | CARDINAL MOVING & STORAGE, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5365  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4346 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | $     0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 02/10/09 | | HILLSIDE, IL  60162 JANET A. EKSTROM 9032 ST PIERRE LANE CHARLOTE, NC  28277 | ACCOUNTS RECEIVABLE CK#0000005445 | | 127.00 | | 70,981.78 |
| 02/11/09 | 7 | North Carolina Insurance Underwriting Association P. O. Box 8009 Cary, NC  27512 | Refund Payment | | 175.00 | | 71,156.78 |
| * 02/17/09 | | JANET A. EKSTROM 9032 ST PIERRE LANE CHARLOTE, NC  28277 | AR CK#0000005445  - NSF CHARGE BACK - NSF | | -127.00 | | 71,029.78 |
| 02/23/09 | 18 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.70 | | 71,030.48 |
| 02/23/09 | | Transfer to Acct #*******5752 | Bank Funds Transfer | 9999-000 | | 71,030.48 | 0.00 |
| | | | COLUMN TOTALS | | 72,978.50 | 72,978.50 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 72,978.50 | |
| | | | Subtotal | | 72,978.50 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 72,978.50 | 0.00 | |

Page Subtotals     175.70     71,030.48

Ver: 15.06

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 11

| Case No: | 08-08989-8-ATS | Trustee Name: | Joseph N. Callaway |
|---|---|---|---|
| Case Name: | CARDINAL MOVING & STORAGE, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5378  Checking - Non Interest |
| Taxpayer ID No: | *******4346 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | $   0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/09 | | Transfer from Acct #*******5365 | Bank Funds Transfer | 9999-000 | 1,948.02 | | 1,948.02 |
| 02/05/09 | 001001 | BLUE CROSS BLUE SHIELD OF NC ATTN: GROUP BILLING DEPARTMENT 5901 CHAPEL HILL ROAD DURHAM, NORTH CAROLINA 27707-3071 | DAVID RIEMENSCHNEIDER COBRA PAYMENT CARDINAL MOVING GROUP # 042656 SUBSCRIBER # YPPW13108956 | 2990-000 | | 1,948.02 | 0.00 |

|  | COLUMN TOTALS | 1,948.02 | 1,948.02 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 1,948.02 | 0.00 | |
|  | Subtotal | 0.00 | 1,948.02 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 1,948.02 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******5752 | 112,704.39 | 0.00 | 171,505.33 |
| Checking - Non Interest - *******5760 | 0.00 | 12,229.54 | 0.00 |
| Money Market - Interest Bearing - *******5365 | 72,978.50 | 0.00 | 0.00 |
| Checking - Non Interest - *******5378 | 0.00 | 1,948.02 | 0.00 |
| | 185,682.89 | 14,177.56 | 171,505.33 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Joseph N. Callaway    Date: 01/28/10
JOSEPH N. CALLAWAY

Page Subtotals    1,948.02    1,948.02

LFORM24

Ver: 15.06